FILED

09/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0363

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0363

IN RE THE MARRIAGE OF:

DIANE KRANTZ,

Petitioner and Appellee,

and

KEITH KRANTZ,

Respondent and Appellant.

## ORDER

Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted a 30-day extension of time to and including October 20, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 14 2020